IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

HARRY LEE GOOD,

      Petitioner,

v.                                                                                    Case No.  5D18-935

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed April 13, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Michael A. Graves, Public Defender Ocala, and Jessica L. Roberts, Assistant Public Defender, Ocala, for Petitioner.

No appearance, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 24, 2018 order denying Petitioner's pro se motion for post-conviction relief,  filed in Case No. 05-CF-389-A-Z,  in the Judicial Circuit Court in and for Marion County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

SAWAYA, BERGER and WALLIS, JJ., concur.